## HENRY TREVINIO V. THE STATE.

No. 16043.   Delivered October 25, 1933.
Rehearing Denied, Without Written Opinion, December 20, 1933.
Reported in 65 S. W. (2d) 500.

The opinion states the case.

*Duncan & Davis,* of Gonzales, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is murder; the punishment, confinement in the penitentiary for four years.

The statement of facts does not appear to have been filed in the trial court. Hence it cannot be considered. The single

bill of exception appearing in the record cannot be appraised in the absence of a statement of facts.

The judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.